AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| CHET MICHAEL WILSON, <br> *Plaintiff* <br> v. <br> ROOF MAXX TECNOLOGIES, LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 2:25-CV-00872-SDM-EPD <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROOF MAXX TECHNOLOGIES, LLC.

Date: 08/25/2025

*Attorney's signature*

CHRISTOPHER A. LAROCCO (093572)
*Printed name and bar number*
VORYS, SATER, SEYMOUR AND PEASE LLP
PO BOX 1008
COLUMBUS, OH  43216

*Address*

CALAROCCO@VORYS.COM
*E-mail address*

(614) 464-5412
*Telephone number*

(614) 464-5412
*FAX number*