AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| CHET MICHAEL WILSON, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:25-CV-00872-SDM-EPD |
| ROOF MAXX TECNOLOGIES, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROOF MAXX TECHNOLOGIES, LLC.

Date:   08/25/2025

*Attorney's signature*

MAXWELL H. KING (101498)
*Printed name and bar number*
VORYS, SATER, SEYMOUR AND PEASE LLP
PO BOX 1008
COLUMBUS, OH  43216

*Address*

MHKING@VORYS.COM
*E-mail address*

(614) 464-5411
*Telephone number*

(614) 464-5411
*FAX number*