**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated, | : : : | |
| *Plaintiff*, | : : | Case No. 2:25-cv-00872-SDM-EPD |
| v. | : : | Judge Sarah D. Morrison |
| ROOF MAXX TECHNOLOGIES, LLC, | : : : | |
| *Defendant.* | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD TO PLAINTIFF'S COMPLAINT

Defendant Roof Maxx Technologies, LLC ("Roof Maxx") respectfully requests that this Court extend the deadline to respond to Plaintiff's Complaint by 28 days.  Roof Maxx's response to the Complaint is currently due on August 29, 2025.

Roof Maxx respectfully requests an additional 28 days, through and including September 26, 2025, to answer or otherwise respond to Plaintiff's Complaint.  This motion is not made for purposes of delay, will not prejudice any party, and will provide counsel for Roof Maxx – who was recently retained – sufficient time to investigate the Plaintiff's claims.  Counsel for Roof Maxx conferred with counsel for Plaintiff regarding this requested extension.  Counsel for Plaintiff does not oppose the extension.  A proposed order granting this motion is attached.

- 2 -

Respectfully submitted,

*/s/ Maxwell H. King*
Christopher A. LaRocco (0093572)
Maxwell H. King (0101498)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone/Fax: (614) 464-5412
calarocco@vorys.com
mhking@vorys.com

*Attorneys for Defendant*
*Roof Maxx Technologies, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of August 2025, a copy of the foregoing was sent via the Court's electronic filing system to all counsel of record.

                                            */s/ Maxwell H. King*
                                            Maxwell H. King (101498)