**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated, | : : : |
| *Plaintiff*, | : Case No. 2:25-cv-00872-SDM-EPD : |
| v. | : Judge Sarah D. Morrison : |
| ROOF MAXX TECHNOLOGIES, LLC, | : : |
| *Defendant*. | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Roof Maxx Technologies, LLC ("Roof Maxx") respectfully requests that this Court extend the deadline to respond to Plaintiff's Complaint by an additional 21 days. The Court previously extended Roof Maxx's deadline to respond to Plaintiff's Complaint by 28 days. (*See* ECF No. 9.)

Counsel for Plaintiff and Roof Maxx have been engaged in good faith discussions regarding a final settlement of this matter. Accordingly, Roof Maxx respectfully requests an additional 21 days, through and including October 17, 2025, to answer or otherwise respond to Plaintiff's Complaint. This motion is not made for purposes of delay, will not prejudice any party, and is meant to provide counsel sufficient time to continue their settlement negotiations.

Counsel for Roof Maxx conferred with counsel for Plaintiff regarding this requested extension. Counsel for Plaintiff does not oppose the extension. A proposed order granting this motion is attached.

Respectfully submitted,

*/s/ Christopher A. LaRocco*
Christopher A. LaRocco (0093572), *Trial Attorney*
Maxwell H. King (0101498)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone/Fax: (614) 464-5412
calarocco@vorys.com
mhking@vorys.com

*Attorneys for Defendant*
*Roof Maxx Technologies, LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of September 2025, a copy of the foregoing was sent via the Court's electronic filing system to all counsel of record.

                                              */s/ Maxwell H. King*
                                              Maxwell H. King (101498)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated, | : : : |
| *Plaintiff*, | : Case No. 2:25-cv-00872-SDM-EPD : |
| *v.* | : Judge Sarah D. Morrison : |
| ROOF MAXX TECHNOLOGIES, LLC, | : : |
| *Defendant.* | : |

## [PROPOSED] ORDER

This matter is before the court on Defendant Roof Maxx Technologies, LLC's Unopposed Motion for Extension of Time to Move or Plead to Plaintiff's Complaint on August 25, 2025 (the "Motion"). The Motion indicates Plaintiff's counsel does not object to the Motion. Upon consideration and for good cause shown, Roof Maxx's Motion is granted. Roof Maxx shall have an extension of time until and through October 17, 2025, to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

or

_____
UNITED STATES MAGISTRATE JUDGE