# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated,  :  :  : | |
| *Plaintiff*,  : | Case No. 2:25-cv-00872-SDM-EPD |
| *v.*  :  : | Judge Sarah D. Morrison |
| ROOF MAXX TECHNOLOGIES, LLC,  :  : | |
| *Defendant.*  : | |

## [PROPOSED] ORDER

This matter is before the court on Defendant Roof Maxx Technologies, LLC's Unopposed Motion for Extension of Time to Move or Plead to Plaintiff's Complaint on August 25, 2025 (the "Motion"). The Motion indicates Plaintiff's counsel does not object to the Motion. Upon consideration and for good cause shown, Roof Maxx's Motion is granted. Roof Maxx shall have an extension of time until and through October 17, 2025, to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

 

_____
UNITED STATES DISTRICT JUDGE

or

_____
UNITED STATES MAGISTRATE JUDGE