IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHET MICHAEL WILSON,**

    **Plaintiff,**

    v.                                    Civil Action 2:25-cv-872
                                      Chief Judge Sarah D. Morrison
                                      Magistrate Judge Elizabeth P. Deavers

**ROOFMAX TECHNOLOGIES, LLC,**

    **Defendant.**

## **ORDER**

For good cause shown, Defendant's Unopposed Motion for Extension of Time to Move or Plead to Plaintiff's Complaint (ECF No. 10) is **GRANTED.**  Defendant may have until **OCTOBER 17, 2025**, to answer or otherwise respond to Plaintiff's Complaint.

    **IT IS SO ORDERED.**

Date: September 25, 2025                                /s/ *Elizabeth A. Preston Deavers*
                                                        ELIZABETH A. PRESTON DEAVERS
                                                        UNITED STATES MAGISTRATE JUDGE