# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated, | : : : |
| *Plaintiff*, | : : |
| v. | : : |
| ROOF MAXX TECHNOLOGIES, LLC, | : : : |
| *Defendant*. | : |

Case No. 2:25-cv-00872-SDM-EPD

Judge Sarah D. Morrison

## NOTICE OF SETTLEMENT

Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Roof Maxx Technologies, LLC ("Roof Maxx") (together, the "Parties") respectfully notify the Court that the Parties have agreed to material terms of a settlement of this action and that the Parties expect to file a stipulation of dismissal with prejudice within twenty-one (21) days.  Given the resolution of all claims in this case, the Parties respectfully request that all dates be taken off calendar, including the October 30, 2025, scheduling conference, and that the Parties be relieved from any requirement to file any further responses, motions, and/or pleadings.

- 2 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Anthony I. Paronich (per 10/15/2025 email auth.)* <br> Brian T. Giles <br> GILES & HARPER, LLC <br> 7247 Beechmont Ave. <br> Cincinnati, Ohio 45230 <br> Telephone: (513) 379-2715 <br> bgiles@gilesharper.com <br><br> Anthony I. Paronich, *subject to pro hac vice* <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suiet 2400 <br> Hingham, Massachusetts 02043 <br> Telephone: (508) 221-1510 <br> anthony@paronichlaw.com <br><br> *Attorneys for Plaintiff* <br> *Chet Michael Wilson* | */s/ Christopher A. LaRocco* <br> Christopher A. LaRocco (0093572), *Trial Attorney* <br> Maxwell H. King (0101498) <br> VORYS, SATER, SEYMOUR AND PEASE LLP <br> 52 East Gay Street, P.O. Box 1008 <br> Columbus, Ohio 43216-1008 <br> Phone/Fax: (614) 464-5412 <br> calarocco@vorys.com <br> mhking@vorys.com <br><br> *Attorneys for Defendant* <br> *Roof Maxx Technologies, LLC* |

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of October 2025, a copy of the foregoing was sent via the Court's electronic filing system to all counsel of record.

                                      */s/ Maxwell H. King*
                                      Maxwell H. King (0101498)