# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHET MICHAEL WILSON,**

       Plaintiff,　　　　　　　　　Civil Action 2:25-cv-872
　　　　　　　　　　　　　　　　　　　Chief Judge Sarah D. Morrison
 v.　　　　　　　　　　　　　　　　Magistrate Judge Elizabeth A. Preston Deavers

**ROOF MAX TECHNOLOGIES LLC,**

       Defendant.

## ORDER

This case is reported settled. The Preliminary Pretrial Conference set for October 31, 2025, at 10:00 AM is **VACATED**. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** on or before **NOVEMBER 16, 2025,** detailing the status of this case unless an appropriate dismissal entry is filed prior.

    IT IS SO ORDERED.

**DATE: October 16, 2025**　　　　　　　　　　　　　／s／ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　**ELIZABETH PRESTON DEAVERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**