# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of others similarly situated, | : : : |
| *Plaintiff*, | : : |
| v. | : : |
| ROOF MAXX TECHNOLOGIES, LLC, | : : : |
| *Defendant.* | : |

Case No. 2:25-cv-00872-SDM-EPD

Judge Sarah D. Morrison

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties respectfully stipulate that this matter is dismissed with prejudice. Each party to bear their own costs.

Respectfully submitted,

*s/ Anthony I. Paronich by s/ Maxwell H. King per 11/06/2025 email authorization)*
Brian T. Giles
GILES & HARPER, LLC
7247 Beechmont Ave.
Cincinnati, Ohio 45230
Telephone: (513) 379-2715
bgiles@gilesharper.com

Anthony I. Paronich, *subject to pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suiet 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Chet Michael Wilson*

Respectfully submitted,

*s/ Christopher A. LaRocco*
Christopher A. LaRocco (0093572), *Trial Attorney*
Maxwell H. King (0101498)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone/Fax: (614) 464-5412
calarocco@vorys.com
mhking@vorys.com

*Attorneys for Defendant*
*Roof Maxx Technologies, LLC*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of November 2025, a copy of the foregoing was sent via the Court's electronic filing system to all counsel of record.

                                  */s/ Maxwell H. King*
                                  Maxwell H. King (0101498)